1054

[No. 47104-0-I. Division One. October 29, 2001.]

THE CITY OF SEATTLE, *on the Relation of* DAVID TALBERT HUBER, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-11207-6, J. Kathleen Learned, J., entered July 11, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Cox, J.

[No. 47213-5-I. Division One. October 29, 2001.]

CASSANDRA FODOR, *Appellant*, v. JEFFERS, DANIELSON, SONN AND AYLWARD, P.S., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-04147-0, R. Joseph Wesley, J., entered August 11, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Ellington, JJ.

[No. 47756-1-I. Division One. October 29, 2001.]

AEA INTERNATIONAL USA, INC., *Respondent*, v. TERRY BOUDREAUX, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-04837-7, Peter D. Jarvis, J., entered November 2, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 47821-4-I. Division One. October 29, 2001.]

MELODY F. PRIMM, *Appellant*, v. COUNTRY COMPANIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-16822-8, Steven G. Scott, J., entered November 21, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Baker, JJ.